**Order filed, May 02, 2014.**



In The

# 𝕱𝖔𝖚𝖗𝖙𝖊𝖊𝖓𝖙𝖍 𝕮𝖔𝖚𝖗𝖙 𝖔𝖋 𝕬𝖕𝖕𝖊𝖆𝖑𝖘

—————

## NO. 14-14-00315-CV

—————

**WALTER P. MOORE & ASSOCIATES, INC., Appellant**

**V.**

**KENNEDY ASSOCIATES/ARCHITECTS, INC. D/B/A KAI DESIGN AND BUILD; KAI CONSTRUCTION SERVICES, LLC D/B/A KAI CONSTRUCTION, A MISSOURI LIMITED LIABILITY CORPORATION; AND KAI ALLIANCE, LC D/B/A KAI TEXAS, Appellee**

---

**On Appeal from the 334th District Court
Harris County, Texas
Trial Court Cause No. 2012-45414**

---

### ORDER

The reporter's record in this case was due **April 24, 2014**. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Cynthia Berry**, the substitute court reporter, to file the record in this appeal **within 10 days** of the date of this order.

PER CURIAM